**UNITED STATES of America v. Isom Edward ROSS, Administrator of the Estate of John H. Ross, Deceased, et al.**

No. 632.

Circuit Court of Appeals, Tenth Circuit.

Feb. 23, 1932.

Fred A. Wagoner, Asst. U. S. Atty., of Oklahoma City, Okl.

J. H. Stolper, of Muskogee, Okl., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**UNITED STATES of America, Appellant, v. John ROBERTSON, Appellee.**

No. 6929.

Circuit Court of Appeals, Ninth Circuit.

Aug. 10, 1932.

Before SAWTELLE, Circuit Judge, and KERRIGAN, District Judge.

PER CURIAM.

Upon stipulation of counsel for the respective parties, ordered appeal herein dismissed; mandate forthwith.

**UNITED STATES of America, Appellee, v. Sil SALVATORE, Appellant.**

No. 468.

Circuit Court of Appeals, Second Circuit.

July 5, 1932.

James E. Wilkinson, of Brooklyn, N. Y., for appellant.

George Z. Medalie, U. S. Atty., of New York City (William B. Herlands, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**UNITED STATES of America v. Albert B. SENSLEY.**

No. 643.

Circuit Court of Appeals, Tenth Circuit.

March 2, 1932.

Fred A. Wagoner, Asst. U. S. Atty., of Oklahoma City, Okl.

M. A. Cox, of Chandler, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**UNITED STATES v. Thaddeus R. WILKINSON.**

No. 6237.

Circuit Court of Appeals, Sixth Circuit.

June 27, 1932.

D. D. Maddox, U. S. Atty., of Memphis, Tenn., for appellant.

Geo. J. Coleman, of Memphis, Tenn., for appellee.

PER CURIAM.

Docketed and dismissed for failure of appellant to comply with Rule 10.